IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND - ODESSA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | CR. NO. MO-04-CR-086-012 |
| ) | |
| SHANE SAMSON ) | |

**GOVERNMENT'S UNOPPOSED MOTION
FOR CONTINUANCE OF SUPERVISED RELEASE REVOCATION HEARING**

Comes now the United States of America by and through the undersigned Assistant United States Attorney and moves for continuance of the Supervised Release Revocation Hearing in the above-styled and numbered cause and would show the Court:

The above-named Defendant is set for a Supervised Release Revocation Hearing March 7, 2019. On or about February 5, 2018, the defendant was arrested for a state offense of Intoxication Assault, in Violation of Texas Penal Code 49.07. These charges remain pending.

THEREFORE, the Government requests that the Supervised Release Revocation Hearing be re-set to after April 7, 2019.

Respectfully Submitted,

JOHN F. BASH
UNITED STATES ATTORNEY

By:   /s/ V. LaTawn Warsaw
V. LATAWN WARSAW
Assistant United States Attorney
400 West Illinois, Suite 1200
Midland, Texas 79701

## Certificate of Conference

Robert Victor Garcia, Jr., counsel for the Defendant, is unopposed to the Government's Motion for Continuance.

## Certificate of Service

I hereby certify that on March 6, 2019, I filed this document with the Clerk using the CM/ECF filing system, which will cause a copy of the document to be delivered to Robert Victor Garcia, Jr., counsel for the Defendant.

/s/ V. LaTawn Warsaw
V. LATAWN WARSAW
Assistant United States Attorney

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND - ODESSA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **VS.** ) | **CR. NO. MO-04-CR-086-012** |
| ) | |
| **SHANE SAMSON** ) | |

**ORDER**

Came on this day for consideration the Government's Motion for Continuance of Supervised Release Revocation Hearing in the above-styled and numbered cause. The Court being satisfied in the premises thereof finds that the Government's motion should be GRANTED.

IT IS THEREFORE ORDERED that the Hearing of SHANE SAMSON be and is hereby continued until _____, 2019, at _____.m.

SIGNED and ENTERED this the _____ day of _____, 2019.

_____
DAVID COUNTS
United States District Judge